No. 78–5090.   CARD *v.* DENTON, REHABILITATION AND COR-RECTION DIRECTOR, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 78–5096.   HERRERA *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–5098.   NOONE *v.* DART DRUG CORP.   Sup. Ct. Va. Certiorari denied.

No. 78–5102.   CARTER *v.* REESE, CHAIRPERSON, STATE BOARD OF PARDONS AND PAROLES.   C. A. 5th Cir.   Certiorari denied.

No. 78–5105.   BUEGE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 78–5107.   REYNA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 78–5108.   BAILEY *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 78–5109.   REED *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 78–5116.   SINOHUE *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 78–5118.   WILSON *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 78–5119.   NEARY *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 78–5122.   WYNDE *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 78–5124.   SCOTT *v.* TENNESSEE.   Ct. Crim. App. Tenn. Certiorari denied.

No. 78–5127.   MOSKOWITZ *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.